IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| UNITED STATES OF AMERICA | **I N F O R M A T I O N** |
|---|---|
| v. | Case No. _____ |
| VICTOR MANUEL TREJO-URBINA | Violations:  8 U.S.C. §§ 1326(a) and 1326(b)(1) |

**Reentry of Removed Alien Subsequent to Felony Conviction**

The United States Attorney Charges:

On or about March 16, 2026, in the District of North Dakota,

VICTOR MANUEL TREJO-URBINA,

an alien who had previously been excluded, removed, and deported from the United States subsequent to a felony conviction, knowingly and unlawfully was found in the United States, without first obtaining the consent of the Secretary of Homeland Security (Title 6, United States Code, Sections 202(3), 202(4), and 557), to reapply for admission into the United States;

In violation of Title 8, United States Code, Section 1326(a) and 1326(b)(1).

_____
NICHOLAS W. CHASE
United States Attorney

DMD/VT